

Joseph H. Mizrahi – Partner
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
Jmizrahi@mizrahikroub.com
www.mizrahikroub.com

April 27, 2022

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Re:  *Abreu v. KMI Brands Inc.;* Case No. 1:22-cv-01097-LJL

Dear Judge Liman:

We represent plaintiff Luigi Abreu ("Plaintiff") in the above-referenced action. We submit this letter to respectfully request an adjournment of the initial conference set for May 4, 2022, at 2:00 p.m. The parties request this adjournment since Defendant's answer was due on April 6, 2022, and they have yet to appear or contact Plaintiff. Plaintiff requests 30 days to obtain a certificate of Default as to Defendant, *KMI Brands Inc.,* and to file an Order to Show Cause for Default Judgment in accordance with the Court's individual rules. This is Plaintiff's first request for such extension.

Thank you for your consideration in this matter.

Respectfully submitted,
*/s/ Joseph H. Mizrahi*
JOSEPH H. MIZRAHI

cc:   All Counsel of Record (via ECF)

---

The request is GRANTED. The Initial Pretrial Conference set for May 4, 2022 is adjourned sine die. The deadline for Plaintiff to file a motion for default judgment is May 24, 2022. The motion for default judgment shall be filed according to this Court's Individual Practices in Civil Cases. The deadline for Defendant KMI Brands Inc. to file a response is June 7, 2022. A telephonic hearing on the motion is scheduled for June 14, 2022 at 12:00 p.m. Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.

Counsel for Plaintiff is ORDERED to notify Defendant KMI Brands Inc. of this Order.

4/28/22   SO ORDERED.
LEWIS J. LIMAN
United States District Judge